IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LANCE JAVON SHEFFIELD,**

    **Plaintiff,**

v.                                        Case No.  4:15cv553-MW/CAS

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**
**et al.,**
    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of this Court or prosecute this case." The Clerk shall close the file.

**SO ORDERED on January 28, 2016.**

                                                       s/Mark E. Walker_____
                                                       **United States District Judge**